■ VINCENT D. O'CONNOR, Respondent, v. LIZA BLACKTOP CORP. et al., Appellants.— In an action to recover damages for personal injuries, defendants

appeal from an order of the Supreme Court, Queens County, dated May 18, 1960, which grants plaintiff's motion for summary judgment striking out defendants' answer and directs an assessment of damages. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.